KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
**July 7, 2025 9:51 AM**
Lucy H.Carrillo, Clerk of Court

SARA D. AYABE #9546
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: 541-2850
Facsimile: 541-2958
E-mail: Sara.Ayabe@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. **25-00058 JAO** |
| | ) | |
| Plaintiff, | ) | INFORMATION |
| | ) | |
| v. | ) | [18 U.S.C. § 2261A(2)] |
| | ) | |
| MARLON ANTHONY ROGERS, | ) | |
| | ) | |
| Defendant. | ) | |

INFORMATION

The Acting United States Attorney charges:

Cyberstalking
(18 U.S.C. § 2261A)

In or about and between August 2023 and August 2024, both dates being approximate and inclusive, within the District of Hawaii and elsewhere, MARLON ANTHONY ROGERS, the defendant, with the intent to harass, and intimidate another person, namely, AF1, did use one or more facilities of interstate and foreign commerce, including text messages and other forms of electronic communication services, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to AF1.

//

//

//

//

//

//

//

//

//

//

All in violation of Title 18, United States Code, Section 2261A(2)(B).

DATED: ___July 7___, 2025, at Honolulu, Hawaii.


_/s/ Kim Sorenson_
KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii


_/s/ Sara D. Ayabe_
SARA D. AYABE
Assistant U.S. Attorney


United States v. Marlon Anthony Rogers
Information
Cr. No.